MC-275

Name: Robert Aphajavong
Address: F-4-17-239L
P.O Box 799004
San Diego, Ca 92179
CDC or ID Number: F-12538

2254 ✓ 1983
**FILING FEE PAID**
Yes ___  No ✓
**IFP MOTION FILED**
Yes ___  No ✓
**COPIES SENT TO**
Court ✓  ProSe ___

FILED
2008 FEB -5 PM 2:23
CLERK US...
SOUTHERN DIST...
BY ___RM___ DEPUTY

_____
(Court)

|  |
|---|
| Petitioner  vs.  |
| Respondent |

**PETITION FOR WRIT OF HABEAS CORPUS**

No. **'08 CV 0225 W LSP**
(To be supplied by the Clerk of the Court)

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.
- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.
- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.
- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."
- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.
- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.
- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.
- Notify the Clerk of the Court in writing if you change your address after filing your petition.
- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page 1 of 6

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

THOMSON
WEST

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380

This petition concerns:

- [ ] A conviction
- [ ] A sentence
- [ ] Jail or prison conditions
- [ ] Parole
- [ ] Credits
- [ ] Prison discipline
- [x] Other (specify): __B.P.T's Revocation Hearing__

1. Your name: __Robert Aphayavong__
2. Where are you incarcerated? __Richard J. Donovan Correction Facility__
3. Why are you in custody? [ ] Criminal Conviction  [ ] Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   __"Violation of Parole's Special Condition," "Gang Association".__

   b. Penal or other code sections: _____

   c. Name and location of sentencing or committing court: _____

   d. Case number: _____

   e. Date convicted or committed: __Nov. 3rd, 2007__

   f. Date sentenced: __Dec. 28th, 2007__

   g. Length of sentence: __Ten Months "Ineligible"__

   h. When do you expect to be released? __Aug. 29th, 2008__

   i. Were you represented by counsel in the trial court? [ ] Yes.  [x] No. If yes, state the attorney's name and address: _____

4. What was the LAST plea you entered? (check one)

   [x] Not guilty  [ ] Guilty  [ ] Nolo Contendere  [ ] Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   [ ] Jury  [ ] Judge without a jury  [ ] Submitted on transcript  [ ] Awaiting trial

6. **GROUNDS FOR RELIEF**

MC-275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Mr. Khamphilanouvong (subject that I was arrested with) is on Parole but has no Special Conditions of "gang association". Subject's Parole Agent does not know of any gang documentation or no tattoo's on subject to have documented of gangs or association. Subject also denies any gang ties or any past gang ties.

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

On December 28th, 2007 my Revocation Board Hearing was recorded on record. Mr. Khamphilanouvong was asked if he was on "gang conditions" of his parole. He answered, "No." Mr. Khamphilanouvong did not get violated for any "gang" conditions. Because he does not have any special conditions. Attorney Bradley asked Mr. Khamphilanouvong if he was part of a gang, he then answered, "No." Parole Agent of Mr. Khamphilanouvong did not have any documentation to put him on special conditions for "gangs." Therefore Mr. Khamphilanouvong did not know he was documented. Mr. Khamphilanouvong's file will prove he did not get violated for gangs but violated for "obsconding," or excuse me, for "being out of county without permission" and was given 5' months (eligible)

b. **Supporting cases, rules, or other authority (optional):**
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

"Cal-gang" is not public information. Only Police Authority have access to that information. "Cal-gang" documentations consist of "affiliation" and "association" and it is done through known or unknown knowledge of the individual being documented. Only Police Authorities can obtain "Cal-gang" documentations.

a. Supporting facts:

Officer Leahy of San Diego Police and Sgt. V. Cruz testified under oath that it is confidential information of all "Cal-gang" documentation and is for Police use only. On Dec. 28th, 2007 both testified and was recorded at my (Robert Aphayavong #F-12538) Revocation Board Hearing. Therefore, public's can not obtain information of any individuals that may be documented in any way. Officers stated that not all documentations are to be known to the individual that is being documented. May that be for "affiliation" or "association", individual may not know. Documentations may consist of, "self-admittance", "tattoo's", "pictures", "gang crimes", or "informants". So individuals that get documented is not informed of documentation. You can be documented for "association" by just hanging around with a gang member and get stopped by police. That is what officer Leahy stated. (Somewhat of that nature)

My records of Revocation Board Hearing will support my facts on my grounds for relief. It will show that I did not violate my parole conditions: "Do not contact or cause to be contacted by any "known" gang member or associate". I did not know or could have known, nor Mr. Khamphilanouvong; that Mr. Khamphilanouvong was documented through "Cal-gang". Mr. Khamphilanouvong testified and stated that subject was not a gang member or ever was a gang member and did not know of any documentations.

b. Supporting cases, rules, or other authority:

① Officer Leahy San Diego Police #5869 (Proffessional gang Supression Unit)
② Detective Sgt. V. Cruz #4297 (Sergeant of gang unit)

8. Did you appeal from the conviction, sentence, or commitment?  ☐ Yes.  ☑ No.  If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):
   
   b. Result _____   c. Date of decision: _____
   d. Case number or citation of opinion, if known: N/A
   e. Issues raised: (1) _____
      (2) _____
      (3) _____
   f. Were you represented by counsel on appeal?  ☐ Yes.  ☑ No.  If yes, state the attorney's name and address, if known:
   N/A

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☑ No.  If yes, give the following information:
   a. Result _____   b. Date of decision: _____
   c. Case number or citation of opinion, if known: N/A
   d. Issues raised: (1) _____
      (2) _____
      (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal: N/A

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See In re Muszalski (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

    "1040" form was outdated due to court case "Valdivia V. Schwarzenegger" Settled in 2004. Petition for Writ of Habeas Corpus is the only legal source allowed for legal remedies for Revocation Hearings.

    b. Did you seek the highest level of administrative review available?  ☐ Yes.  ☐ No.
    Attach documents that show you have exhausted your administrative remedies.

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or **issue** in any court? ☐ Yes. If yes, continue with number 13. ☒ No. If no, skip to number 15.

MC–275

13. a. (1) Name of court: _____
   (2) Nature of proceeding (for example, "habeas corpus petition"): _____
   (3) Issues raised: (a) _____
      (b) _____
   (4) Result (Attach order or explain why unavailable): _____
   (5) Date of decision: _____

   b. (1) Name of court: _____
   (2) Nature of proceeding: _____
   (3) Issues raised: (a) _____
      (b) _____
   (4) Result (Attach order or explain why unavailable): _____
   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
   N/A

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.)
   _____

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known:
   _____

17. Do you have any petition, appeal, or other matter pending in any court? ☐ Yes. ☒ No. If yes, explain:
   _____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:
   This court has jurisdiction.

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: Jan. 29, 08

(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]     **PETITION FOR WRIT OF HABEAS CORPUS**     Page 6 of 6

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Robert Aphayavong

2254  1983

FILING FEE PAID
Yes___  No ✓

IFP MOTION FILED
Yes___  No ✓

COPIES SENT TO
Court ✓  ProSe ___

DEFENDANTS

Unknown

2008 FEB -5 PM 2:23

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Robert Aphayavong
PO Box 799004
San Diego, CA 92179
F-12538

ATTORNEYS (IF KNOWN)

'08 CV 0225 W LSP

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane / ☐ 362 Personal Injury- Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine / ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (13958) | ☐ 810 Selective Service |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ Other Contract | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Tort to Land | ☐ 444 Welfare / ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 290 All Other Real Property | ☐ 540 Mandamus & Other / ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ ___

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE ___   Docket Number ___

DATE  February 5, 2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller