```
1  Name: Aphayavong, R
   CDC#: F-12538
2  Facility: 4  Building: 19  Cell: 109L
   P.O. BOX 799004
3  SAN DIEGO, CA. 92179-____
4  IN PERSONA PROPRIA
```

FILED
2008 APR 28 PM 2:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
APR 18 2008

Aphayavong, R

v.

Warden Hernandez

) "REQUEST FOR EXTENSION OF TIME"
)
) Case No. 3:08-CV-225 W(LSP)

COMES NOW, Aphayavong Robert, #F-12538 and respectfully submits this "Request For Extension of Time". I make this request for extension of time, my _____ request because I am unable to meet the filing deadline of April 21st, 2008 for the submission of My First Amended Petition For Writ Of Habeas Corpus,
for the following reasons:

    1. I am an inmate in the Department of Corrections, and at the present I am incarcerated at the Richard J. Donovan Correctional Facility.

    2. I am a layman in the field of law, and am representing myself.

3. I have made every effort to prepare and submit the above mentioned document within the prescribed time.

4. On 12th day of March I submitted the above mentioned document for copying at the prison law library and was informed per copying policy, that I would have to wait one to three days before copies would be ready (see exhibit "A").

WHEREFORE, for the reasons stated above, good cause showing, I respectfully request that this honorable court grant me an extension of 30 days for the period of coping.

I declare under the penalty of perjury of the laws of the state of California that the above statement is true and correct. Executed at the Richard J. Donovan Correctional Facility, San Diego, California on the 16th day of April 08.

////
////
////

# VERIFICATION

**STATE OF CALIFORNIA**
**COUNTY OF SAN DIEGO**

(C.C.P. SEC. 446 & 2015.5; 28 U.S.C. SEC. 1746)

I, Aphayavong, R #F-12538 DECLARE UNDER THE PENALTY OF PERJURY THAT: I AM THE Declarant/Prisoner IN THE ABOVE ENTITLED ACTION; I HAVE READ THE FOREGOING DOCUMENTS AND KNOW THE CONTENTS THEREOF AND THE SAME IS TRUE OF MY OWN KNOWLEDGE, EXCEPT AS TO MATTERS STATED THEREIN UPON INFORMATION, AND BELIEF, AND AS TO THOSE MATTERS, I BELIEVE THEM TO BE TRUE.

EXECUTED THIS 16th DAY OF APRIL, AT R.J.D. STATE PRISON, 480 Alta Road, San Diego, CA 92179

(SIGNATURE) _____
(DECLARANT/PRISONER)

---

## PROOF OF SERVICE BY MAIL

(C.C.P. SEC. 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, Aphayavong Robert #F-12538, AM A RESIDENT OF R.J.D. STATE PRISON, IN THE COUNTY OF S.D. STATE OF CALIFORNIA; I AM OVER THE AGE OF EIGHTEEN (18) YEARS OF AGE AND AM I AM NOT A PARTY OF THE ABOVE-ENTITLED ACTION. MY STATE PRISON ADDRESS IS: P.O. Box 799004 S.D, Ca 92179

ON _____, I SERVED THE FOREGOING:

_____

(SET FORTH EXACT TITLE OF DOCUMENT IS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY(S) THEREOF, ENCLOSED IN A SEALED ENVELOPE (S), WITH POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN A DEPOSIT BOX SO PROVIDED AT Richad J. Donovan Correctional Facility

THERE IS DELIVERY SERVICE BY UNITED STATES MAIL AT THE PLACE SO ADDRESSED, AND THERE IS REGULAR COMMUNICATION BY MAIL BETWEEN THE PLACE OF MAILING AND THE PLACE SO ADDRESSED. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: April 16th, 08   _____
(DECLARANT/PRISONER)