# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT APHAYAVONG,<br><br>　　　　　　　　　　Petitioner,<br>　　v.<br>UNKNOWN,<br>　　　　　　　　　　Respondent. | Civil No.　08-0225 W (LSP)<br><br>**ORDER GRANTING EXTENSION OF TIME TO SATISFY FILING FEE REQUIREMENT AND FILE FIRST AMENDED PETITION** |

On February 5, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On February 25, 2008 this Court dismissed the case because Petitioner had failed to satisfy the filing fee requirement, failed to name a proper respondent, failed to state a cognizable claim, and failed to allege exhaustion. The Court informed Petitioner that in order to have his case reopened he must, no later than April 21, 2008, (1) pay the filing fee or provide adequate proof of his inability to pay and (2) file a First Amended Petition curing the deficiencies outlined in the Order. (*See* Order dated February 25, 2008 [doc. no. 2].)

On April 18, 2008, Petitioner submitted a request for extension of time to comply with the Court's February 25, 2008 Order. (*See* doc. no. 4.)  Petitioner requests an additional thirty days to submit his Amended Petition and satisfy the filing fee requirement. Petitioner alleges theat because he is pro se and "layman in the field of law," he requires more time to prepare his

///

1 petition. Good cause appearing, the Court **GRANTS** Petitioner an extension of time. If
2 Petitioner wishes to proceed with this case, he must, <u>no later than</u> **June 2, 2008**, (1) pay the fee
3 or provide adequate proof of his inability to pay and (2) file a First Amended Petition which
4 cures the pleading deficiencies outlined in the Court's February 25, 2008 Order.

5     **IT IS SO ORDERED.**

6 DATED: May 1, 2008

_____
Hon. Leo S. Papas
U.S. Magistrate Judge