08CV0225 W (LSP)

To whom it may concern,    May 15, 08

My name is Robert Aphayavong. I am recently incarcerated at George Bailey Detention Facility. Prior to that I was in R.J Donovan state prison. While I was there, I was in a process of an appeal. I filed for a "Request of time extension". I filed in April and now would like to ask that you respond to me on that matter to this address at George Bailey.

I do not have my legal/appeal paperwork at hand because I am "Out to Court" from Donovan and my legal work was left at Donovan for when I go back. So I am asking that you can help me in this matter and let me know any information on how to go about my situation. I need to know if you can extend my time till late June or early July. I will be in Donovan then. If that is possible, how can I make that happen? I'd kindly appreciate your help. Thank you.

Robert Aphayavong
#8129718

FILED
MAY 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



Aphayavong, R #8129718
446 Alta Rd. #5300
S.D, Ca 92158

SAN DIEGO CA
16 MAY 08PM
USA 41

Atty. County Clar
880 Front St. #4290
S.D, Ca 92101

92101+8523